UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NANCY E. RANDALL,

          Plaintiff,

v.                                 Case No:   2:13-cv-533-FtM-38CM

ROBERTO BOLLT,

          Defendant.

_____/

### ORDER[1]

    This matter comes before the Court on Mediation Report (Doc. #27) filed on February 12, 2014. The Court has been informed that this matter has settled. As the matter has settled, the Court will administratively close the file, dismissing the case without prejudice. See M.D. Fla. Local Rule 3.05(b).

    Accordingly, it is now

    **ORDERED:**

    *(1)* This cause is **DISMISSED** without prejudice subject to the right of any party, within thirty (30) days from the date of this Order, **March 17, 2014**, to submit a stipulated form of final judgment or request an extension of time, should they so choose or for any party to move to reopen the action, upon a showing of

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

good cause. <u>See</u> Local Rule 3.08(b). After that thirty (30) day period, however, without further order, this dismissal shall be deemed *with prejudice.*

(2) The Clerk is directed to terminate any previously scheduled deadlines and pending motions, and **administratively close** the case pending further Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of February, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record