UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NANCY E. RANDALL,

    Plaintiff,

v.                                      Case No:   2:13-cv-533-FtM-38CM

ROBERTO BOLLT,

    Defendant.
_____/

**ORDER[1]**

This matter comes before the Court on Joint Stipulation of Voluntary Dismissal with Prejudice (Doc. #29) filed on February 14, 2014. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)    A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

This matter was administratively closed after the Court was informed that the Parties settled through mediation. (Doc. #28). Now the Parties stipulate through this

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

instant notice that this action is dismissed with prejudice. The Parties further indicate that they will each bear their own fees and costs except as otherwise agreed by the Parties. This notice is also signed by both Parties and therefore this matter is properly dismissed.

Accordingly, it is now

**ORDERED:**

The Amended Complaint ([Doc. #2](Doc. #2)) is **DISMISSED with prejudice**. The Clerk is directed to CLOSE the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of February, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record